# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

      Plaintiff

v.

FRENANDEIS A. FRAZIER, et al.,

      Defendants

Case No.: 3:23-cv-00251-MMD-CSD

**Order**

      Defendants have filed a motion for summary judgment arguing, in part, that Plaintiff failed to exhaust his administrative remedies. Defendants assert that the only grievance relevant to Plaintiff's claims is Grievance Number 2006-31-31996, which Plaintiff filed on January 9, 2022. (*See* ECF No. 35 at 9.) However, Defendants have submitted neither the original grievance and responses nor the version of AR 740 that was in effect at the time Plaintiff filed the grievance. Accordingly, Defendants shall have to and including July 14, 2025, to file as supplemental exhibits Grievance Number 2006-31-31996, and the version of AR 740 in effect at the time that grievance was filed.

      In addition, a review of the record suggests that Grievance Number 2006-31-43640 may relate to Plaintiff's claims. (*See* ECF No. 35-5 at 81-82.) Accordingly, Defendants shall also file Grievance Number 2006-31-43640 as a supplemental exhibit on or before July 14, 2025.

**IT IS SO ORDERED**.

Dated: July 3, 2025

_____
Craig S. Denney
United States Magistrate Judge